# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 15-10262 JMC
**Case Name:** BOYD, THOMAS MARTIN
BOYD, MARNITA LYNN

**For Period Ending:** 06/30/2018

**Trustee Name:** (340480) Michael J. Hebenstreit
**Date Filed (f) or Converted (c):** 12/17/2015 (f)
**§ 341(a) Meeting Date:** 01/20/2016
**Claims Bar Date:** 05/18/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 150 Yorkshire Blvd West, Indianapolis, IN 46229; | 270,000.00 | 8,775.00 | | 0.00 | FA |
| 2 | Lot 432 Foxcliff Estates Sec 23, North Rampage R | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 3 | 10601 Maze Road, Acton, IN; Farm land; Scheaffer | 8,788.01 | 8,788.01 | | 1,103.00 | 7,685.01 |
| 4 | Deposits of money - : First Financial Bank Check | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous Household Goods and Furnishings; I | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous Wearing Apparel; In Debtor's Poss | 200.00 | 0.00 | | 0.00 | FA |
| 7 | New York Life Insurance Policy #62793633; Univer | 0.00 | 0.00 | | 0.00 | 1,000.00 |
| 8 | New York Life Insurance Policy #62793636; Univer | 0.00 | 0.00 | | 0.00 | 1,000.00 |
| 9 | New York Life Insurance Policy #6139; Whole Life | 0.00 | 0.00 | | 0.00 | 1,000.00 |
| 10 | U.S. Financial Life Insurance Co. Policy; policy | 2,138.02 | 0.00 | | 0.00 | 3,000.00 |
| 11 | U.S. Financial Life Insurance Co Policy; Insured | 1,914.91 | 0.00 | | 0.00 | 3,000.00 |
| 12 | : Lincoln Financial Group 403(b); In Lincoln Fin | 4,843.12 | 0.00 | | 0.00 | FA |
| 13 | : Fifth Third Securities IRA; In Fifth Third Ban | 2,662.63 | 0.00 | | 0.00 | FA |
| 14 | : Prudential Advanced Series APEX II Annuity; In | 2,557.35 | 0.00 | | 0.00 | FA |
| 15 | : Swissray International Inc 401(k); In John Han | 1,019.64 | 0.00 | | 0.00 | FA |
| 16 | : Ameritrade Clearing Inc. IRA Rollover; In Amer | 0.12 | 0.00 | | 0.00 | FA |
| 17 | : Ameren Investments; In Ameren's possession | 42.23 | 0.00 | | 0.00 | FA |
| 18 | Tax refunds owed to you - Federal: 2015 State an | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 1999 Dodge Dakota; 184,000+ miles; fair conditio | 1,010.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 15-10262  JMC  
**Case Name:** BOYD, THOMAS MARTIN  
BOYD, MARNITA LYNN  
**For Period Ending:** 06/30/2018

**Trustee Name:** (340480) Michael J. Hebenstreit  
**Date Filed (f) or Converted (c):** 12/17/2015 (f)  
**§ 341(a) Meeting Date:** 01/20/2016  
**Claims Bar Date:** 05/18/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | 2012 Chevy Impala LT; Good Condition; In Debtor' | 11,678.00 | 0.00 | | 0.00 | FA |
| 21 | 2012 Chevy Impala LT; 50,000 miles; good conditi | 11,678.00 | 0.00 | | 0.00 | FA |
| **21** | **Assets Totals (Excluding unknown values)** | **$324,632.03** | **$22,563.01** | | **$1,103.00** | **$21,685.01** |

**Major Activities Affecting Case Closing:**

      Life insurance policies; real estate; business interests  
      6/24/17  follow up with Seth re Foxcliff lot;  ltr atty re interst in LLC and real estate  
      10/06/17 - letter to shareholders of Sheaffer Farm, LLC  
      06/04/18 - filed Motion to Sell  
      06/18/18 - paid filing fee on Motion to Sell

**Initial Projected Date Of Final Report (TFR):** 12/17/2017  
**Current Projected Date Of Final Report (TFR):** 12/31/2018

07/30/2018  
Date

/s/Michael J. Hebenstreit  
Michael J. Hebenstreit

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 15-10262  JMC | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | BOYD, THOMAS MARTIN<br>BOYD, MARNITA LYNN | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******3200 Checking |
| Taxpayer ID #: | **-***3830 | Blanket Bond (per case limit): | $1,190,587.50 |
| For Period Ending: | 06/30/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/10/18 | {3} | Marnita L Boyd | Repayment of the 2015 and 2016 distributions from Scheaffer Farm LLC | 1110-000 | 1,103.00 | | 1,103.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,093.00 |
| 06/18/18 | 101 | U.S. BANKRUPTCY CLERK | Filing fee on Motion to Sell (Doc 52) | 2700-000 | | 181.00 | 912.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 902.00 |

| Account | ******3200 Checking | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 1,103.00 | 1 | Checks | 181.00 |
| 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 20.00 |
| | Subtotal | 1,103.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 201.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 1,103.00 | | | |

**Page Subtotals:**   $1,103.00   $201.00

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 15-10262  JMC |
| **Case Name:** | BOYD, THOMAS MARTIN<br>BOYD, MARNITA LYNN |
| **Taxpayer ID #:** | **-***3830 |
| **For Period Ending:** | 06/30/2018 |

| | |
|---|---|
| **Trustee Name:** | Michael J. Hebenstreit (340480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3200 Checking |
| **Blanket Bond (per case limit):** | $1,190,587.50 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $1,103.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,103.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3200 Checking | $1,103.00 | $201.00 | $902.00 |
| | **$1,103.00** | **$201.00** | **$902.00** |